ORIGINAL

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | DELAWARE |
|---|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| MARK A. SPRUANCE | |

| Place of Confinement: | Prisoner No.: |
|---|---|
| Delaware Correctional Center | 00170011 |

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

MARK A. SPRUANCE   v.   THOMAS CARROLL

The Attorney General of the State of

CARL DANBERG

FILED

MAY 22 2006

**PETITION**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned
IFP

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _The_
   SUPERIOR COURT OF SUSSEX COUNTY

   (b) Criminal docket or case number (if you know): 92-01-0382 - 0383 (R3)

2. (a) Date of the judgment of conviction (if you know): 12-17-1992

   (b) Date of sentencing: Same

3. Length of sentence: 28 years level-5 followed by probation

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Attempted
   Robbery and Unlawful sexual intercourse

6. (a) What was your plea? (Check one)

   (1)   Not guilty ☑         (3)   Nolo contendere (no contest) ☐

   (2)   Guilty ☐              (4)   Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
   charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑    No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Delaware supreme Court_

(b) Docket or case number (if you know): _640 A. 2d 655 (1994) wL 144590_

(c) Result: _Conviction affirmed_

(d) Date of result (if you know): _3 / 25 / 1994_

(e) Citation to the case (if you know): _640 A. 2d. 655 1994 wL 144590_

(f) Grounds raised: _Don't rember exactly_

(g) Did you seek further review by a higher state court?    Yes ☑    No ☐

If yes, answer the following:

(1) Name of court: _Seperibr Court of Sussex County_

(2) Docket or case number (if you know): _92-01- 0382 - 0383_

(3) Result: _denied_

(4) Date of result (if you know): _10 / 28 / 1996_

(5) Citation to the case (if you know): _N/A_

(6) Grounds raised: _Don't rember exactly_

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

Page 4

(2) Result: _____ *N/A* _____

(3) Date of result (if you know): _____ *N/A* _____
(4) Citation to the case (if you know): _____ *N/A* _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: *Superior Court of Sussex County*
        (2) Docket or case number (if you know): *Cr. A. No. 92-01-'0382-0383*
        (3) Date of filing (if you know): *8/11/1992*
        (4) Nature of the proceeding: *Motion for postconviction relief*
        (5) Grounds raised: *Violation of constitutional rights that pertain to 5th and 6th amendment rights and superior court criminal rules 7(a) and 7(b)*

        _____
        _____
        _____
        _____
        _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☑ No ☐
        (7) Result: *Motion denied*
        (8) Date of result (if you know): *11/23/1998*

    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: *Delaware Supreme Court*
        (2) Docket or case number (if you know): *218-A, 2d 529 1998 WL 666214*
        (3) Date of filing (if you know): *don't know*
        (4) Nature of the proceeding: *Appealed to the supreme court*
        (5) Grounds raised: *same as above*

        _____
        _____
        _____
        _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐  No ☑

(7) Result: _Supreme court affirmed_

(8) Date of result (if you know): _7/15/1998_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Superior court of Sussex County_

(2) Docket or case number (if you know): _92-01-0382-0383_

(3) Date of filing (if you know): _don't rember_

(4) Nature of the proceeding: _Motion for Postconviction Relief_

(5) Grounds raised: _violation of fifth amendment rights and sixth amendment rights - illegal arrest - insufficient evidence - illegal conviction_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐  No ☑

(7) Result: _Motion denied_

(8) Date of result (if you know): _March-11-05_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ☑  No ☐

(2) Second petition:    Yes ☑  No ☐

(3) Third petition:    Yes ☑  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_N/A_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _VIOLATION OF THE SIXTH AMENDMENT CONFRONTATION CLAUSE_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_The (witness-victim) gave testimonial communication to the court as a witness for the prosecution in a language unknown to the defense. That language was interpeted by a translater provided for the prosecution. The defendant and his counsel was denied a interpeter for the defense even after conflicts were found with the victims testimony, and the interpetation._

(b) If you did not exhaust your state remedies on Ground One, explain why: _____N / A_____

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☑   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____N / A_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _Motion for Postconviction Relief_

    Name and location of the court where the motion or petition was filed: _Sussex County Superior Court_

Docket or case number (if you know): CR. A. No. 92-01-0382-0383 (R3)

Date of the court's decision: 10-25-2005

Result (attach a copy of the court's opinion or order, if available): EXHIBIT (1)

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: SUPREME COURT OF DELAWARE - DOVER DEL

Docket or case number (if you know): No. 564, 2005

Date of the court's decision: 4-24-2006

Result (attach a copy of the court's opinion or order, if available): EXHIBIT (2)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N//A Present petition

GROUND TWO: VIOLATION OF THE SIXTH AMENDMENT AND FIFTH AMENDMENT GOVERNING GRAND JURY INDICTMENTS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

After the defense counsel proved that the states evidence would not render A conviction, the prosecution changed the indicted charged of unlawful sexual intercourse to the charge of attempted without returning to the Grand jury,

_for the Grand jury to review and make a determination, to prevent the Governments intrusion's._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _N/A_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Counsel elected to raise other grounds against my wishes_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion for Post-conviction_

Name and location of the court where the motion or petition was filed: _SUSSEX COUNTY SUPERIOR COURT , 1 the circle suite 2 - Georgetown Del 19947_

Docket or case number (if you know): _No. 93-01-0382-0383_

Date of the court's decision: _October 25, 2005_

Result (attach a copy of the court's opinion or order, if available): _see EXHIBIT (1)_

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _THE DELAWARE SUPREME COURT  DOVER . Del,_

Docket or case number (if you know): _____ *NO. 564, 2005*

Date of the court's decision: _____ *April / 24 / 2006*

Result (attach a copy of the court's opinion or order, if available): _____ *see  EXHIBIT (2)*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ *N/A*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative, remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____ *N/A*

_____ *Present  Petition*

GROUND THREE: *VIOLATION  OF  THE  FIFTH  AMENDMENT  Rule ESTABLISHED  IN THE SUPERIOR COURT RULES  7(a)  and  7(b).*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*This administration  of  the  law was  unreasonable  and  placed the defendant  twice  in  jeopardy,  and  creating  harmful errors  and  a  form  of  prejudice  because  the  rules  require that  the  indictment  be  plain-concise,  and definite  written  of  facts constituting  the  offense  or  offenses  charged  and,  not  changed  or altered  without  returning  to the  grand  jury  for  A  new  indictment.*

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____ *N / A*

(c) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☑

  (2) If you did not raise this issue in your direct appeal, explain why: *Counsel  elected to  raise  different  grounds  against  my  wishes.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion for Post-conviction Relief_

Name and location of the court where the motion or petition was filed: _Sussex COUNTY SUPERIOR COURT 1 The Circle Suite 2  Georgetown Del 19947_

Docket or case number (if you know): _CR. A. NO. 92-01-0383-0382_

Date of the court's decision: _1-23-1998_

Result (attach a copy of the court's opinion or order, if available): _N/A_
_Lost over the years_

(3) Did you receive a hearing on your motion or petition?
Yes ☑  No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _THE SUPREME COURT OF DELAWARE_

Docket or case number (if you know): _718  A. 2d  529  1998 WL 666714_

Date of the court's decision: _7-15-1998_

Result (attach a copy of the court's opinion or order, if available): _N/A_
_Lost over the years_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _I have reraised this issue of Constitutional violation in the superior Court and Supreme Court._

Page 11

GROUND FOUR: _____*N/A*_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____*N/A*_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____*N/A*_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____*N/A*_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____*N/A*_____

Name and location of the court where the motion or petition was filed: _____*N/A*_____

Docket or case number (if you know): _____*N/A*_____

Date of the court's decision: _____*N/A*_____

Result (attach a copy of the court's opinion or order, if available): _____*N/A*_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ *N/A* _____

Docket or case number (if you know): _____ *N/A* _____

Date of the court's decision: _____ *N/A* _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ *N/A* _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *N/A*

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ☒  No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____ *N/A* _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ *N/A* _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ❑  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____N/A_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❑   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____N/A_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____Don't rember_____

(b) At arraignment and plea: _____KARL HALLER_____

(c) At trial: _____KARL HALLER_____

(d) At sentencing: _____KARL HALLER_____

(e) On appeal: _____DIRECT APPEAL — KARL HALLER and John R. HINER JR._____

(f) In any post-conviction proceeding: _____PRO-SE_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____PRO-SE_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the
future: _____ *N/A* _____

(b) Give the date the other sentence was imposed: _____ *N/A* _____
(c) Give the length of the other sentence: _____ *N/A* _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to
be served in the future?    Yes ❑  No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not
bar your petition.* *The petitioner states that he has filed
all his motions and appeals in accordance with the
superior court and Supreme Court Rules as required.
He states that pursuant to superior Court Rule b/(ii)(5)
he presented evidence and facts supporting a colorable
claim that there was a miscarriage of justice. He also
presented factual constitutional violations that undermined
the fundamental legality, reliability, integrity and fairness
of the proceedings that led to his conviction.
He states that the lower Courts consistantly ignors
relevant issues of constitutional violations that call
for new trials or dismissal of charges. The Petitioner
is seeking this Courts permission to allow him to bring
his case to the district Court for full review, and
that the trial Court be subjected to procedures as
the criminal rules require regardles of how many years
has past. It has become common practice for Sussex
County Superior Court to ignor the Grand jury procedures
required in indictments. Please review Exibit (1)
and Exhibit (B) The trial court has never examined the
factual violation but rather ignored them by barring them
without consideration.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a
person in custody pursuant to the judgment of a State court. The limitation period shall run
from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _THAT  HIS  CASE_
_BE  REMANDED  BACK  TO  THE  TRIAL  COURT  FOR  A  NEW  TRIAL_

or any other relief to which petitioner may be entitled.

_____PRO-SE_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
_May  15  -2006_____ (month, date, year).

Executed (signed) on _____ / 5_____ (date).

_Mr Ward Jerrance_

Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the
expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in
violation of the Constitution or laws of the United States is removed, if the applicant was
prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the
Supreme Court, if the right has been newly recognized by the Supreme Court and made
retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral
review with respect to the pertinent judgment or claim is pending shall not be counted toward
any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

IN FORMA PAUPERIS DECLARATION

District Court

[Insert appropriate court]

\* \* \* \* \*



IM Mc Mark K Spearance
SB# 700(
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850

2006

Office Clerk, United States District
Court 844N. King Street,
Lockbox 18
Wilmington, Delaware
        19801-3570

SUPERIOR COURT
OF THE
STATE OF DELAWARE

T. HENLEY GRAVES
*RESIDENT JUDGE*

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5257

October 25, 2005

$EXHIBIT$ (1)

N440 - State Mail
Mark A. Spruace
SBI No. 00170011
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

### RE:    Criminal Action No. 92-01-0382, 0383
Defendant ID No. 92S00269DI
Motion for Postconviction Relief (R4)

Dear Mr. Spruance:

Your 4th Motion for Postconviction Relief raising allegations of violations of your Fifth Amendment and Sixth Amendment rights is denied for the same reasons set forth in my letter to you of March 11, 2005 (copy enclosed) when your 3rd Motion was denied. These allegations are procedurally barred and should be dismissed.

Defendant's Motion for Postconviction Relief is denied.

**IT IS SO ORDERED.**

Yours very truly,

T. Henley Graves

THG:baj
Enclosure
cc:    Prothonotary
Department of Justice

$EX$ (1)

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| MARK A. SPRUANCE, | § |
| | § No. 564, 2005 |
| Defendant Below- | § |
| Appellant, | § |
| | § Court Below—Superior Court |
| v. | § of the State of Delaware |
| | § in and for Sussex County |
| STATE OF DELAWARE, | § Cr. ID No. 92S00269DI |
| | § |
| Plaintiff Below- | § |
| Appellee. | § |

Submitted: February 24, 2006
Decided: April 24, 2006

Before **STEELE**, Chief Justice, **JACOBS** and **RIDGELY**, Justices

## O R D E R

This 24th day of April 2006, upon consideration of the briefs of the parties

and the record below, it appears to the Court that the judgment of the Superior

Court should be affirmed on the basis of and for the reasons set forth in its

decisions dated March 11, 2005 and October 25, 2005. We find no error or abuse

of discretion on the part of the Superior Court in any respect.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

$Ex(2)$

Justice

SUPERIOR COURT
OF THE
STATE OF DELAWARE

T. HENLEY GRAVES
*RESIDENT JUDGE*

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5257

March 11, 2005

N440
Mark A. Spruance
SBI No. 00170011
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

### RE: Criminal Action Nos. 92-01-0382, 0383(R3)
### Defendant ID No. 92S00269DI - Motion for Postconviction Relief

Dear Mr. Spruance:

Your Motion for Postconviction Relief has been reviewed by the Court and it is denied.

In the present Motion, you allege that you were illegally arrested, that the jury convicted you of attempted robbery in the 1st degree without considering whether or not your actions were intentional, and that there was insufficient evidence as to the rape charge.

On December 17, 1992, you were convicted of attempted robbery and unlawful sexual intercourse in the 1st degree. You received a sentence of 28 years at supervision Level 5, followed by probation. The Delaware Supreme Court affirmed your conviction on March 25, 1994. *Spruance v. State*, 640 A.2d 655 (Table), 1994 WL 144590 (Del. Supr.) (Order).

On October 28, 1996, you filed Motion for Postconviction Relief which was denied. The Supreme Court affirmed this Court's ruling on March 20, 1997. *Spruance v. State*, 692 A.2d 415 (Table), 1997 WL 139811 (Del. Supr.) (ORDER). Then on August 11, 1997, you filed your second Motion for Postconviction Relief which was denied on January 23, 1998. That decision was appealed and the Supreme Court affirmed same on July 15, 1998. *Spruance v. State*, 718 A.2d 529 (Table), 1998 WL 666714 (Del. Supr.) (ORDER).

Mark Spruance
Page 2
March 11, 2005

Your present application is procedurally barred under Rule 61(i)(1) as it is filed more than three years from the date your conviction was final. The Supreme Court affirmed your conviction on direct appeal on March 25, 1994, and the mandate returning the case to this Court is dated April 14, 1994. It has been almost 11 years since your conviction was affirmed and therefore the present action is procedurally barred.

It is also barred because this is your third Motion for Postconviction Relief. It is barred as being a repetitive Motion under Rule 61(i)(2). There is nothing in your application which requires that the Court revisit your case because of any claims that the Court lacked jurisdiction or that there was a colorable claim that there was a miscarriage of justice because of a constitutional violation that undermined the fundamental legality, reliability, integrity, or fairness of the proceedings leading to your conviction. Rule 61(i)(5). Your complaint that the jury did not find that you intentionally attempted to commit robbery in the 1st degree is erroneous in that the instructions to the jury clearly advised them that they had to find your conduct was intentional.

The Defendant's Motion for Postconviction Relief, being procedurally barred, is dismissed.

Yours very truly,

T. Henley Graves

THG:baj
cc:    Prothonotary
       Department of Justice