D.I. #_____

# CIVIL ACTION NUMBER: 06-337 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

