## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MARK A. SPRUANCE,                          :
                                           :
      Petitioner,                      :
                                           :
v.                                         :    Civ. Act. No. 06-337-JJF
                                           :
THOMAS L. CARROLL,                         :
Warden, and **CARL C. DANBERG**,           :
Attorney General for the State of Delaware, :
                                           :
      Respondents.                     :

## ORDER

This __15__ day of __August_____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 22, 2006.

_____
United States District Judge