UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MARK R. SPRUANCE,
    Petitioner,

V.

THOMAS L. CARROLL, Warden,
And CARL C. DANBERG, Attorney General,
    Respondents.

Civ. Action NO. 06-337-JJF
Cr. A. NO. 92-01-0382 (R3)
Def. ID. 9250026901

## APPLICATION FOR CERTIFICATE OF APPEALIBILITY

**FILED**
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

The above petitioner, Mark A. Spruance, hereby make application to this Court for the issuance of a certificate of appealibility pursuant to F.R.A.P. Rule - (22)(b). In support there of the petitioner offers the following:

(1). The petitioner was not made aware of any obligation to obtain a certificate of appealability.

(2). The petitioner filed his petition for a writ of habeas corpus and, responded to the District Court pursuant to (AEDPA), The Antiterrorism and Effective Death Penalty Act of 1996 as the Court ordered.

(3). The petitioner challenged his conviction as of right in-light of constitutional violations that prevented him from obtaining a fair trial at the superior court level.

(4) The petitioner who is not trained in law and, must

depend on the assistance of other inmates to interpret his conviction and, the violations of his constitutional rights, cannot be viewed as trained in law.

(5) The Judge of the United States District Court has refused to issue A Certificate of Appealability upon the petitioner's Application for Writ Of habeas Corpus for the reasons stated in his order dated 10-17-2006, denying said application. A copy of said order is attached.

(6) Under Rule 22(b) of the Federal Rules Of Appellate Procedure, it is necessary for A Certificate of Appealability to be issued before your petitioner may appeal to this Court from the denial of his application for A Writ of habeas Corpus, which is attached also for your review.

(7) In addition to the reason stated in the petitioners application for A writ Of habeas Corpus, A Certificate of Appealability should be issued for the above stated reasons and, In the Intrest Of Justice.

Wherefore, your petitioner respectfully requests that A Certificate Of Appealability be issued.

This 23 Day Of Nov
2006

*Mark Spruance*

cc
THE DEPARTMENT OF JUSTICE
THE UNITED STATES COURT
OF APPEALS FOR THE THIRD
CIRCUIT

MARK A. SPRUANCE - #SBI # 170011
1181 PADDOCK ROAD
SMYRNA, DELAWARE, 19977